UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULIAN G SILVAS, JR., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00269 |
| STEPHEN A GIOVANNINI, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R") to dismiss Plaintiff Julian G. Silvas, Jr.'s claims brought pursuant to 42 U.S.C. § 1983. (D.E. 12). Specifically, the M&R recommends that this Court (1) dismiss Plaintiff's claims for money damages against Defendants Reyna and Gonzales in their official capacities as barred by the Eleventh Amendment; (2) dismiss without prejudice Plaintiff's claims seeking habeas relief against Defendants Reyna and Gonzales; (3) dismiss with prejudice Plaintiff's remaining claims against Defendant Giovannini and Defendants Reyna and Gonzales in their individual capacities; and (4) that this dismissal be counted as a "strike" for purposes of 28 U.S.C. § 1915(g). *Id.* Plaintiff timely filed objections to the M&R. (D.E. 14).

After having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the

M&R to which Plaintiff's objections were directed, the Court **OVERRULES** Plaintiff's objections. (D.E. 14). Accordingly, the Court:

(1) **ADOPTS** the M&R. (D.E. 12).

(2) Plaintiff's claims for money damages against Defendants Reyna and Gonzales in their official capacities are **DISMISSED** as barred by the Eleventh Amendment.

(3) Plaintiff's claims seeking habeas relief against Defendants Reyna and Gonzales are **DISMISSED without prejudice** to Plaintiff raising them in a separate federal habeas corpus action only after he has exhausted available state court remedies.

(4) Plaintiff's remaining claims against Defendant Giovannini and Defendants Reyna and Gonzales in their individual capacities are **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(b)(1).

(5) This dismissal is counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is **ORDERED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

(6) The Clerk of Court is **ORDERED** to **CLOSE** this case.

A final judgment will be entered separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 11, 2022